# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

|  |  |  |
|---|---|---|
| TIKORYA DANIEL, | : | |
| | : | CASE NO. |
| v. | : | 3:19-CV-95 (CAR) |
| | : | |
| SPRINT, | : | |
| | : | |
| Defendant. | : | |

## ORDER DISMISSING CASE

On December 16, 2019, this Court granted *pro se* Plaintiff's motion for leave to proceed *in forma pauperis* but, because Plaintiff failed to state a claim upon which relief could be granted, did not order service of process on Defendant. Rather than dismiss her case pursuant to 28 U.S.C. § 1915(e), however, the Court allowed Plaintiff twenty-one (21) days to file a recast complaint and warned Plaintiff failure to do so will result in the dismissal of her case.[1]

In its Order, the Court specifically set forth the factual details necessary for Plaintiff to include in her recast complaint in order to state a claim for violations of the Fair Credit Reporting Act, 165 U.S.C. § 1681(b) based on allegations raised in her Complaint. Plaintiff has failed to file a recast complaint. Thus, as thoroughly explained

---

[1] [Doc. 4].

1

in its previous Order, because Plaintiff fails to state a claim upon which relief may be granted, Plaintiff's case is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

**SO ORDERED**, this 6th day of February, 2020.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT